80 A.3d 374

John GREEN, Sr., Petitioner

v.

COURT OF COMMON PLEA OF PENNSYLVANIA, Hon., Judge, Charles J. Cunningham, III, Respondents.

No. 138 EM 2013.

Supreme Court of Pennsylvania.

Nov. 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.